# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Diego Local Office**
550 West C Street, Suite 750
San Diego, CA 92101
(619) 900-1616
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/28/2026

**To:** Mr. Ryan P. Kelley
9191 West Swimming Hole Lane
PENDLETON, IN 46064
Charge No: 470-2023-01809

EEOC Representative and email: NOEMI JIMENEZ
EQUAL OPPORTUNITY INVESTIGATOR
NOEMI.JIMENEZ@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2023-01809.

On behalf of the Commission,

Digitally Signed By:Jacquelyn Famber
05/28/2026

Jacquelyn Famber
Director