UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN P. KELLEY,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY (GEICO),<br><br>Defendant. | ) | No. 1:26-cv-01777-JPH-MKK |

**ORDER GRANTING *IN FORMA PAUPERIS* STATUS**

Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**. Dkt. [2]; *see* 28 U.S.C. § 1915(a). While *in forma pauperis* status allows Plaintiff to proceed without prepaying the filing fee, he remains liable for the fees. *Rosas v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without prepayment of fees,' . . . but not without ever paying fees."). No payment is due at this time.

**SO ORDERED.**

Date: 10/1/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

RYAN P. KELLEY
9191 West Swimming Hole Lane
Pendleton, IN 46064